IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEE JONES,

    Petitioner,               No. CIV S 05-2252 LKK CMK P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

/////

////

1   2.  The Clerk of the Court is directed to send petitioner a copy of the application
2   to proceed in forma pauperis by a prisoner used by this district.
3   3.  Petitioner is cautioned that failure to comply with this order may result in the
4   dismissal of this action.  <u>See</u> Local Rule 11-110
5   DATED: November 17, 2005.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE